AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Pharm. Research & Mfrs. of Am., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-cv-3402 |
| U.S. Dept. of Health & Human Servs., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Council for Affordable Health Coverage  .

Date:   12/15/2020

/s/ Rebecca K. Wood
*Attorney's signature*

Rebecca K. Wood, No. 473616
*Printed name and bar number*

Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Address*

rwood@sidley.com
*E-mail address*

(202) 736-8633
*Telephone number*

(202) 736-8711
*FAX number*