UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pharmaceutical Research & Manufacturers of America, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>               Defendants. | Case No. 1:20-cv-03402-TJK |

**Defendants' Motion for a Second Extension of Time to Respond to the Complaint**

Defendants U.S. Department of Health and Human Services ("HHS"), Secretary Xavier Becerra,[1] U.S. Food and Drug Administration ("FDA"), and Acting Commissioner of Food and Drugs Janet Woodcock now move this Court for a second extension of the deadline to respond to the Complaint and request that the deadline be extended until May 28, 2021.

On November 23, 2020, Plaintiffs filed their Complaint, ECF No. 1, which challenges a final rule issued by HHS and FDA regarding the importation of prescription drugs, 85 Fed. Reg. 62,094 (Oct. 1, 2020). On November 30, the rule's effective date, *id.*, Plaintiffs served the Complaint on the United States Attorney for the District of Columbia, ECF No. 17.

On January 20, 2021, a new presidential administration took office. That day, the White House issued a memorandum to ensure the new Administration has a 60-day period to review any new rules. *See* Memorandum from Ronald A. Klain, Assistant to

---

[1] Under Federal Rule of Civil Procedure 25(d), the public-officer defendants' successors are automatically substituted as parties.

the President and Chief of Staff, regarding Regulatory Freeze Pending Review (Jan. 20, 2021), https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/regulatory-freeze-pending-review/.

Consistent with the purposes of that Memorandum, on January 26, 2021, Defendants filed an unopposed motion requesting a 60-day extension of the deadline to respond to the Complaint. ECF No. 22. The Court granted the motion, extending the response deadline to March 30, 2021. Min. Order (Jan. 29, 2021).

Defendants now request additional time to review this lawsuit and the significant agency actions challenged herein. Additional officials at HHS and FDA continue to join the new administration; indeed, the new Secretary was only confirmed by the Senate on March 18, 2021. The relevant officials require additional time to assess the issues in this case and engage in the necessary consultations and deliberations within the government. The transition has been particularly challenging because many of these same new officials are balancing competing priorities and playing critical roles in the response to the ongoing COVID-19 pandemic. Accordingly, good cause exists to extend Defendants' deadline to respond to the Complaint from March 30 to May 28, 2021. *See* Fed. R. Civ. P. 6(b)(1)(A).

No other deadlines are affected by this request.

Pursuant to Local Civil Rule 7(m), on March 17, 19, and 23, 2021, the undersigned communicated with Plaintiffs' counsel about this request. On March 24, Plaintiffs' counsel informed the undersigned that Plaintiffs consent to the second requested extension.

Accordingly, Defendants request that their deadline to respond to the Complaint be extended until May 28, 2021.

| | |
|---|---|
| March 24, 2021 | Respectfully submitted, |
| OF COUNSEL: | BRIAN M. BOYNTON<br>  Acting Assistant Attorney General |
| DANIEL BARRY<br>  Acting General Counsel<br>  U.S. Department of Health<br>    and Human Services | MICHAEL D. GRANSTON<br>  Deputy Assistant Attorney General<br>  Civil Division |
| ANNAMARIE KEMPIC<br>  Deputy Chief Counsel, Litigation | GUSTAV W. EYLER<br>  Director |
| PETER DICKOS<br>  Associate Chief Counsel<br>  Office of the Chief Counsel<br>  Food and Drug Administration<br>  10903 New Hampshire Avenue<br>  Silver Spring, MD  20993 | HILARY K. PERKINS<br>  Assistant Director<br><br>/s/ James W. Harlow<br>JAMES W. HARLOW<br>  Trial Attorney<br>  Consumer Protection Branch<br>  U.S. Department of Justice<br>  P.O. Box 386<br>  Washington, DC  20044-0386<br>  (202) 514-6786<br>  (202) 514-8742 (fax)<br>  James.W.Harlow@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

March 24, 2021                                          /s/ James W. Harlow
                                                                                                             JAMES W. HARLOW