UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pharmaceutical Research & Manufacturers of America, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:20-cv-03402-TJK |

**Notice of Appearance of Counsel**

I, Kimberly R. Stephens, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

May 6, 2021　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Kimberly R. Stephens
　　　　　　　　　　　　　　　　　　　　KIMBERLY R. STEPHENS
　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Consumer Protection Branch
　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　P.O. Box 386
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20044-0386
　　　　　　　　　　　　　　　　　　　　　(202) 305-0033
　　　　　　　　　　　　　　　　　　　　　(202) 514-8742 (fax)
　　　　　　　　　　　　　　　　　　　　　kimberly.r.stephens@usdoj.gov