AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Pharmaceutical Research & Manuf. of Am., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03402-TJK |
| U.S. Department of Health and Human Services, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE COUNCIL FOR AFFORDABLE HEALTH COVERAGE.

Date: 07/06/2021

/s/ Erika L. Maley
*Attorney's signature*

Erika L. Maley - 1008714
*Printed name and bar number*
1501 K Street, NW
Washington, DC 20005

*Address*

emaley@sidley.com
*E-mail address*

(202) 736-8961
*Telephone number*

(202) 736-8711
*FAX number*