UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pharmaceutical Research & Manufacturers of America, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>                    Defendants. | Case No. 1:20-cv-03402-TJK |

**Parties' Joint Motion for Entry of a Scheduling Order**

On November 23, 2020, Plaintiffs filed their initial Complaint, ECF No. 1, challenging a certification issued by the Secretary of Health and Human Services to the Congress, as well as a final rule issued by the Department of Health and Human Services and the U.S. Food and Drug Administration regarding the importation of prescription drugs, 85 Fed. Reg. 62,094 (Oct. 1, 2020). On May 28, 2021, Defendants moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. ECF No. 26.

In response, on July 2, 2021, Plaintiffs filed their First Amended Complaint. ECF No. 31. Absent any order by the Court, Defendants' deadline to respond to the First Amended Complaint is July 16, 2021. *See* Fed. R. Civ. P. 15(a)(3).

The Parties previously informed the Court that "[a]fter Plaintiffs file their amended complaint, the Parties will confer and may submit a proposed order to the Court" regarding Defendants' deadline to respond to the amended complaint and any further proceedings. ECF No. 30, at ¶ 3. Between July 8 and July 14, 2021, the Parties actively

conferred about a proposed schedule. The need to complete those discussions prevented the filing of this motion at least four days before Defendants' current deadline to respond to the First Amended Complaint.

The Parties now jointly propose the following schedule:

- Defendants shall respond to the First Amended Complaint on or before August 27, 2021;
- If Defendants file a motion to dismiss the First Amended Complaint under Rule 12(b):
    - Plaintiffs' opposition to Defendants' motion to dismiss shall be due on or before September 30, 2021; and
    - Defendants' reply in support of their motion shall be due on or before October 28, 2021.

The proposed schedule will allow Defendants to evaluate the additional factual and legal arguments presented by the First Amended Complaint, and provide the time necessary for consultations with the relevant agency stakeholders. The proposed schedule also accommodates the availability of counsel.

Granting this joint motion will not affect any other deadlines previously set in this action. Plaintiffs have previously requested and received one extension to file the amended complaint. Defendants have previously requested and received two extensions to respond to the original complaint.

Accordingly, the Parties request that the Court grant this joint motion.

July 14, 2021                                              Respectfully submitted,


/s/  (with permission)                    /s/ James W. Harlow
Benjamin C. Block                         JAMES W. HARLOW
(D.C. Bar No. 479705)                     Trial Attorney
COVINGTON & BURLING LLP                   Consumer Protection Branch
One CityCenter                            Civil Division
850 Tenth St., N.W.                       U.S. Department of Justice

Washington, D.C. 20001-4956
(202) 662-6000 / (202) 778-5205 (fax)
bblock@cov.com

*Counsel for Plaintiff Pharmaceutical Research & Manufacturers of America*

P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786
(202) 514-8742 (fax)
James.W.Harlow@usdoj.gov

*Counsel for Defendants*

/s/   (with permission)
Constantinos G. Panagopoulos
(D.C. Bar. No. 430932)
BALLARD SPAHR LLP
1909 K Street NW #1100
Washington, DC 2005
(202) 661-2200 / (202) 661-2299 (fax)
cgp@ballardspahr.com

*Counsel for Plaintiff Partnership for Safe Medicines*

/s/   (with permission)
Sean C. Griffin
(D.C. Bar No. 499537)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000 / (202) 736-8711 (fax)
sgriffin@sidley.com

*Counsel for Plaintiff Council for Affordable Health Coverage*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

July 14, 2021                                           /s/ James W. Harlow
                                                        JAMES W. HARLOW