UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pharmaceutical Research & Manufacturers of America, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>             Defendants. | Case No. 1:20-cv-03402-TJK |

**[Proposed] Order Granting Parties' Joint Motion for Entry of a Scheduling Order**

For good cause shown, the Parties' joint motion for entry of a scheduling order is GRANTED. Defendants shall respond to the First Amended Complaint on or before August 27, 2021.

If Defendants file a motion to dismiss the First Amended Complaint under Rule 12(b), Plaintiffs' opposition to Defendants' motion to dismiss shall be due on or before September 30, 2021; and Defendants' reply in support of their motion shall be due on or before October 28, 2021.

SO ORDERED.

Dated: _____         _____
                                                                        Timothy J. Kelly
                                                                        United States District Judge