**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Pharmaceutical Research & Manufacturers of America, *et al.*,<br><br>                              Plaintiffs,<br><br>     v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>                              Defendants. | Case No. 1:20-cv-03402-TJK |

**Defendants' Motion to Dismiss the First Amended Complaint
For Lack of Subject Matter Jurisdiction And, Alternatively,
For Failure to State a Claim Upon Which Relief Can Be Granted**

Defendants U.S. Department of Health and Human Services; Xavier Becerra, Secretary of Health and Human Services; U.S. Food and Drug Administration; and Janet Woodcock, M.D., Acting Commissioner of Food and Drugs, hereby move this Court under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss this action in its entirety for lack of subject matter jurisdiction and, alternatively, for failure to state a claim upon which relief can be granted. At a minimum, Counts III and VI of the First Amended Complaint should be dismissed under Rule 12(b)(6). The grounds for this motion are fully set forth in an accompanying memorandum.

| | |
|---|---|
| August 27, 2021 | Respectfully submitted, |
| | |
| OF COUNSEL: | BRIAN M. BOYNTON<br>   Acting Assistant Attorney General |
| DANIEL BARRY<br>   Acting General Counsel<br>   U.S. Department of Health<br>      and Human Services | ARUN G. RAO<br>   Deputy Assistant Attorney General |

ANNAMARIE KEMPIC
  Deputy Chief Counsel, Litigation

PETER DICKOS
  Associate Chief Counsel
  Office of the Chief Counsel
  Food and Drug Administration
  10903 New Hampshire Avenue
  Silver Spring, MD  20993

GUSTAV W. EYLER
  Director

HILARY K. PERKINS
  Assistant Director

/s/ James W. Harlow
JAMES W. HARLOW
  Senior Trial Attorney
KIMBERLY R. STEPHENS
  Trial Attorney
  Consumer Protection Branch
  Civil Division
  U.S. Department of Justice
  P.O. Box 386
  Washington, DC  20044-0386
  (202) 514-6786
  (202) 514-8742 (fax)
  James.W.Harlow@usdoj.gov
  Kimberly.R.Stephens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

August 27, 2021                                                      /s/ James W. Harlow
                                                                                   JAMES W. HARLOW