# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH & MANUFACTURERS OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:20-cv-03402-TJK |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the undersigned attorney, Erika L. Maley, hereby withdraws her appearance as counsel to Plaintiff Council for Affordable Health Coverage (the "Council"). The Council will continue to be represented in this matter by Sean C. Griffin, Rebecca K. Wood, and Daniel J. Hay of Sidley Austin LLP.

Dated:  January 21, 2022

Respectfully submitted,

 /s/ Erika L. Maley
Erika L. Maley
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
emaley@sidley.com