## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Pharmaceutical Research & Manufacturers of America, *et al.*,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>U.S. Department of Health and Human Services, *et al.*,<br><br>                                        Defendants. | Case No. 1:20-cv-03402-TJK |

**Notice**

On September 30, 2021, Plaintiffs filed the Declaration of Julie Dohm in support of their opposition to Defendants' motion to dismiss. *See* Dohm Decl., ECF No. 35-13. The Dohm Declaration purported to represent the results of several Freedom of Information Act requests. These included a request submitted to the Department of Health and Human Services ("HHS"), in response to which HHS initially reported that no responsive records had been located. *See* Dohm Decl. ¶¶ 9–14.[1] Plaintiffs specifically relied on this statement in their opposition brief. *See* Pls.' Opp'n, ECF No. 35, at 42.

Defendants previously explained why the Court should disregard the Dohm Declaration as procedurally improper. *See* Defs.' Reply, ECF No. 39, at 2–4. But, if the Court were to disagree, subsequent events have rendered aspects of the Declaration obsolete. Indeed, Defendants previously advised that agency records searches were not complete. *See id*. 3 n.2.

On January 21, 2022, HHS informed the FOIA requester that responsive records may, in fact, exist. Then, by letter dated May 9, 2022, HHS stated that the agency had

---

[1] HHS' initial response post-dated Plaintiffs' Amended Complaint. *See* Am. Compl., ECF No. 31, at ¶ 58 & n.24.

located 433 pages of responsive records. *See* Ex. 1. HHS released 22 pages in their entirety and 11 pages with redactions. It also withheld 400 pages as exempt from release under 5 U.S.C. § 552(b)(5). *See id.* Thus, the Dohm Declaration's representation that HHS produced no responsive records, Dohm Decl. ¶ 14, is no longer accurate.

June 3, 2022

OF COUNSEL:

DANIEL BARRY
Acting General Counsel
U.S. Department of Health
and Human Services

MARK RAZA
Chief Counsel

WENDY S. VICENTE
Acting Deputy Chief Counsel for
Litigation

PETER DICKOS
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Director

HILARY K. PERKINS
Assistant Director

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney

KIMBERLY R. STEPHENS
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786 (Harlow)
(202) 305-0033 (Stephens)
James.W.Harlow@usdoj.gov
Kimberly.R.Stephens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

June 3, 2022                          /s/ James W. Harlow
                                      JAMES W. HARLOW