# Exhibit 1



**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

Case No. 2021-00009-FOIA-OS

May 09, 2022

*Sent via email:*
Julie Dohm
Covington & Burling LLP
850 Tenth Street NW
Washington, DC  20001
**jdohm@cov.com**

Dear Ms. Dohm:

This letter is the final response to your September 30, 2020, Freedom of Information Act (FOIA) request.  Specifically, you requested the following records: "Covington & Burling LLP makes this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. We request any:

•	Certification that Alex Azar, the Secretary of Health and Human Services ("HHS"), submitted to Congress under section 804(l) of the Federal Food, Drug, and Cosmetic Act ("FDCA") (21 U.S.C. § 384(l)), in which the Secretary certifies that implementation of section 804(b)-(h), 804(j), or any other section of section 804 of the FDCA will (a) pose no additional risk to the public's health and safety, and (b) result in a significant reduction in the cost of covered products to the American consumer, including: any certification submitted by the HHS Secretary to the United States House of Representatives; any certification submitted by the HHS Secretary to the United States Senate; and any cover letter, attachment, annex, appendix or other record transmitted along with any such certifications. Consultation of the HHS Secretary with the United States Trade Representative and the Commissioner of U.S. Customs and Border Protection in promulgation of the regulations permitting pharmacists and wholesalers to import prescription drugs from Canada into the United States under section 804(b) of the FDCA (21 U.S.C. § 384(b)).."

The Immediate Office of the Secretary (IOS) and the Office of the Executive Secretariat (EXECSEC) conducted a search and located 433 pages of responsive records. After a careful review of these pages, I am releasing **22 pages** to you in their entirety. Further, I am releasing **11 pages** in part, with portions redacted, pursuant to Exemption (b)(5) and (b)(6) of the FOIA (5 U.S.C. §552 (b)(5), (b)(6)). I am withholding **400 pages** in their entirety, pursuant to Exemption (b)(5) of the FOIA (5 U.S.C. §552 (b)(5)).

FOIA exemption (b)(5) protects inter-agency or intra-agency memoranda or letters which would not be available by law to a party other than an agency in litigation with the agency.  This exemption protects documents that would be covered by any privilege an agency could assert in a civil proceeding.  These privileges include, among others, the deliberative process privilege, the attorney-client privilege, and the attorney work-product privilege.  In this instance, the deliberative process privilege applies.

FOIA exemption (b)(6) permits a Federal agency to withhold information and records about individuals in "personnel and medical files and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." The definition of "similar files" has historically been broadly interpreted to include a wide variety of files, and the United States Supreme Court has held that Congress intended the term "similar files" to be interpreted broadly, rather than narrowly. I have analyzed these records and find they meet the threshold requirement of this exemption. Additionally, I have reviewed and weighed the public interest in disclosure of this information against the privacy interest in nondisclosure, and found that the privacy interest outweighs the public's interest in disclosure.

If you believe the information withheld should not be exempt from disclosure, or this response constitutes an adverse determination, you may appeal. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.

Please mark the correspondence, "Freedom of Information Act Appeal." Your appeal must be transmitted within 90 days from the date of receipt of this letter to:

>Ms. Carol Maloney
>Deputy Agency Chief FOIA Officer
>U.S. Department of Health and Human Services
>Office of the Assistant Secretary for Public Affairs
>HHS.ACFO@hhs.gov

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact the HHS FOIA Public Liaison for assistance at:

>HHS FOIA/PA Public Liaison
>FOI/Privacy Acts Division
>Assistant Secretary for Public Affairs (ASPA)
>Office of the Secretary (OS)
>U.S. Department of Health and Human Services (HHS)
>Telephone: (202) 690-7453
>E-mail: HHS_FOIA_Public_Liaison@hhs.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>Telephone: 202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov

There are no charges in this instance because the billable costs are less than our threshold of $25.

Sincerely yours,

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division

Enclosure(s)