UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA, et. al,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF HEALTH & HUMAN
SERVICES, et. al,

    Defendants.

No. 1:20-cv-03402-TJK

## RESPONSE TO NOTICE

On June 3, 2022, Defendants filed a notice (ECF No. 41) asserting that certain aspects of the Dohm Declaration (ECF No. 35-13) are "obsolete" or "no longer accurate." That Declaration supported the following statement in Defendants' opposition to the Government's motion to dismiss: "Multiple Freedom of Information Act ('FOIA') requests submitted by PhRMA's counsel, all of which were pending at the time the Amended Complaint was filed, have not generated any documents related to any such consultation [by the Secretary of Health and Human Services with the United States Trade Representative and the Commissioner of Customs and Border Protection required by Section 804(b)]. … Instead, HHS responded to a FOIA request stating that it has no records of consultation with the USTR and CBP, and the USTR similarly responded that it lacked records of a consultation with HHS." (ECF No. 35, at 41–42).

That statement was and remains accurate. After having responded to the FOIA request with a finding of "no responsive records" twice, and only after PhRMA's counsel appealed that determination, did HHS produce any documents in response to the FOIA request. Those

documents, produced on May 9, 2022, are attached as Exhibit A to the accompanying attached Supplemental Declaration of Julie Dohm. While the documents demonstrate that United States Food and Drug Administration ("FDA") was aware of the statutory consultation requirements, these records do *not* show that the HHS Secretary engaged in the required consultations with the USTR or the CBP Commissioner before promulgation of the Section 804 implementing regulations, and the Government's notice makes no showing or even assertion to the contrary.

PhRMA's counsel separately submitted FOIA requests regarding any consultation to both CBP and USTR in June and July 2021, respectively. (ECF No. 35-13, ¶¶ 20–21, 27–28.) CBP still has not responded. (Supp. Dohm Decl. ¶ 7.) USTR responded that the agency's searches had located no responsive records on August 23, 2021. (ECF No. 35-13, ¶ 30.) Counsel appealed that response on October 6, 2021, and USTR affirmed its finding of no responsive records on October 21, 2021. (Supp. Dohm Decl. ¶ 8.)

Moreover, the Government has failed to produce an administrative record demonstrating that either consultation mandated by statute occurred, even though this Court's rules provide that, "unless otherwise ordered by the Court, the agency must file a certified list of the contents of the administrative record … simultaneously with the filing of a dispositive motion." LCvR 7(n)(1).

In short, Plaintiffs have plausibly alleged that the HHS Secretary did not meet the statutory obligations of consultation with the USTR or the CBP Commissioner before promulgating implementing regulations. Nothing in the Government's notice alters this conclusion.

June 10, 2022                                       Respectfully submitted,

/s/ Robert A. Long, Jr.
Robert A. Long, Jr. (D.C. Bar No. 415021)
Benjamin C. Block (D.C. Bar No. 47905)
Julie Dohm (D.C. Bar No. 1660119)
Thomas Brugato (D.C. Bar No. 1013523)
COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6302
rlong@cov.com
bblock@cov.com
jdohm@cov.com
tbrugato@cov.com

*Counsel for Pharmaceutical Research and Manufacturers of America*


/s/ Constantinos G. Pangopoulous
Constantinos G. Panagopoulos (D.C. Bar. No. 430932)
Ballard Spahr LLP
1909 K Street NW #1100
Washington, DC 2005
Tel: (202) 661-2200
Fax: (202) 661-2299
cgp@ballardspahr.com

Aliza R. Karetnick (*pro hac vice*)
Laura E. Gavin (*pro hac vice*)
Ballard Spahr LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
Tel: (215) 864-8367
Fax: (215) 864-8999
karetnicka@ballardspahr.com
gavinl@ballardspahr.com

*Counsel for Partnership for Safe Medicines*

/s/ Sean C. Griffin
Sean C. Griffin (D.C. Bar No. 499537)
Rebecca K. Wood (D.C. Bar No. 473616)
Daniel J. Hay (D.C. Bar No. 1047969)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
sgriffin@sidley.com
rwood@sidley.com
dhay@sidley.com

*Counsel for Council for Affordable Health Coverage*

*Attorneys for Plaintiffs*
