UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et. al, <br><br> Defendants. | No. 1:20-cv-03402-TJK |

**SUPPLEMENTAL DECLARATION OF JULIE DOHM**

I, Julie Dohm, declare as follows:

1. I am over 18 years of age, have personal knowledge of the information provided in this declaration, and am competent to testify.

2. I am an attorney licensed to practice in Washington, D.C., and am currently employed as Of Counsel in the Washington, D.C., office of the law firm of Covington & Burling LLP ("Covington").

3. I am counsel of record for the Pharmaceutical Research and Manufacturers of America ("PhRMA") in the above-captioned case.

4. As set forth in my prior declaration filed on September 30, 2021,[1] Covington submitted a FOIA request[2] to the Department of Health and Human Services ("HHS") on

---

[1] Declaration of Julie Dohm, Exhibit L to Memorandum in Opposition to Defendant's Motion to Dismiss the First Amended Complaint, ECF No. 35-13, ¶¶ 9–14, *PhRMA v. HHS*, Case No. 1:20-cv-03402-TJK (D.D.C. Sep. 30, 2021) (hereinafter "Dohm Decl.").

[2] HHS FOIA Case No.: 2021-00009-FOIA-OS.

September 30, 2020. The HHS Office of the Secretary (OS) FOIA Office reported that its searches located no responsive records on March 30, 2021. On August 17, 2021, Arianne Perkins, Director, HHS FOI/Privacy Acts Division, provided a letter that "support[ed] and solidifie[d]" the finding of no responsive records.

5. Covington appealed[3] the HHS OS FOIA Office's finding of no responsive records on October 6, 2021. On January 21, 2022, Covington received a letter from Brandon J. Gaylord, Director of the FOI/Privacy Acts Division, which notified Covington that responsive records may exist and remanded the FOIA request to the OS FOIA Office for an additional search. This letter was dated October 25, 2021, but Covington did not receive it until January 21, 2022 due to an email mistake.

6. On May 9, 2022, the HHS OS FOIA Office informed Covington that it had located 433 pages of responsive records. The HHS OS FOIA Office released 22 pages in their entirety and 11 partially redacted pages. The records that the HHS OS FOIA Office provided in response to the FOIA request are attached (Ex. A).

7. As set forth in my prior declaration,[4] Covington submitted a FOIA request[5] to CBP on June 29, 2021. At this time, Covington has not received a response from CBP.

8. As set forth in my prior declaration,[6] Covington submitted a FOIA request[7] to USTR on July 27, 2021, to which USTR responded on August 23, 2021 that the agency's searches

---

[3] HHS Appeal Case No.: 2022-00003-A-OS.
[4] Dohm Decl. at ¶¶ 20–26.
[5] No.: CBP-OC-2021-078678.
[6] Dohm Decl. at ¶¶ 27–30.
[7] No.: FY21-79.

had located no responsive records.  Covington appealed the agency's response on October 6, 2021, and USTR affirmed its finding of no responsive records on October 21, 2021.

    I declare, under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of June 2022.

                                                          _____

                                                                   Julie Dohm