UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>**Defendants.** | Case No. 1:20-cv-03402-TJK |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE**, Laura Gavin, undersigned associate with Ballard Spahr LLP, pursuant to Local Rule 83.6(b), hereby withdraws her *pro hac vice* appearance on behalf of Plaintiff Partnership for Safe Medicines. Plaintiff continues to be represented by Aliza Karetnick and Constantinos Panagopoulos of Ballard Spahr LLP.

Dated: October 10, 2022

*/s/ Shabbir Safdar*
Shabbir Safdar
Executive Director, Partnership for Safe Medicines

Respectfully submitted,

*/s/ Laura Gavin*
Laura Gavin (DC 1048321)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8343
Fax: (215) 864-8999
gavinl@ballardspahr.com

*Counsel for Plaintiff Partnership for Safe Medicines*